# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 4:18-CV-00468-ALM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corporation, and Defendant Hewlett Packard Enterprise Company, hereby stipulate and agree that the above action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

SO AGREED AND STIPULATED

Dated: September 20, 2021

Respectfully submitted,

By: */s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125 (Admitted E.D. Texas)
eday@feinday.com
David Alberti
CA Bar No. 220625 (pro hac vice)
dalberti@feinday.com
Sal Lim
CA Bar No. 211836 (pro hac vice)
slim@feinday.com
Russell S. Tonkovich

CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (pro hac vice)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (pro hac vice)
sraz@feinday.com
Andrew Hamill (Admitted E.D. Texas)
CA Bar No. 251156
ahamill@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94101
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

ATTORNEYS FOR PLAINTIFFS


By: */s/ Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
Bradley D. Coburn
Texas State Bar No. 24036377
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com
coburn@sheltoncoburn.com

ATTORNEYS FOR DEFENDANT