IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Case No. 4:18-CV-00468-ALM |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.

Having considered the parties' Joint Stipulation, it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them. All pending requests for relief are **DENIED AS MOOT**.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 20th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE